# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANON, All in One Printer, Model )<br>PIXIVA MX459, SN: LWYA49671; )<br>PAPER CUTTER, Model: P131631; )<br>700 SHEETS OF RESUME PAPER; )<br>55 PAGES OF WHITE SHIPPING )<br>LABELS; $915.00 IN COUNTERFEIT )<br>CURRENCY; and FIVE SHEETS OF )<br>COUNTERFEIT CURRENCY PAPER )<br>TEMPLATES, )<br>)<br>Defendants. ) | Case No. CV413-234 |

## ORDER

Following the Clerk's June 24, 2014 Entry of Default the United States could have, but has failed, to move for a default judgment. Instead, it has let this case calcify on the docket. Within 14 days of the date this Order is served, it shall show why its case should not be dismissed under Fed. R. Civ. P. 41(b) on abandonment grounds.

**SO ORDERED** this 6TH day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA