UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUL 16 2015
CLERK_____
SO. DIST. OF GA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CV413-234<br>CANON, ALL IN ONE PRINTER, )<br>MODEL: PIXIVA MX459, )<br>SN: LWYA49671; )<br>)<br>PAPER CUTTER, MODEL: P131631; )<br>)<br>700 SHEETS OF RESUME PAPER; )<br>)<br>55 PAGES OF WHITE SHIPPING )<br>LABELS; )<br>)<br>$915.00 IN COUNTERFEIT )<br>CURRENCY; and )<br>)<br>FIVE SHEETS OF COUNTERFEIT )<br>CURRENCY PAPER TEMPLATES, )<br>)<br>Defendants. )<br>_____ ) | |

## DEFAULT JUDGMENT AND
## FINAL ORDER OF FORFEITURE AND DISTRIBUTION

Plaintiff, the United States of America, has moved this Court, pursuant to Fed.R.Civ.P. 55, for the entry of a Default Judgment and Final Order of Forfeiture and Distribution against the following Defendants:

    a.    Canon, All In One Printer, Model PIXIVA MX459, Serial Number LWYA49671;
    b.    Paper Cutter, Model P131631;
    c.    Seven-Hundred Sheets of Resume Paper;
    d.    Fifty-Five Pages of White Shipping Labels;

e. $915.00 in Counterfeit United States Currency; and
f. Five Sheets of Counterfeit Currency Paper Templates;

(collectively, "the Defendant Property") as well as against Camille Turner, her heirs, successors and assigns and all other persons and entities having an interest in the Defendant Property. Plaintiff has shown that there was reasonable cause to seize the Defendant Property; that a Verified Civil Complaint for Forfeiture *In Rem* was filed pursuant to 18 U.S.C. § 492, demonstrating that Defendant Property was *facilitating property* because it constituted materials or apparatuses used or fitted or intended to be used in the making of counterfeit United States Currency in violation of 18 U.S.C. § 471; and that all potential claimants have been served with notice of the seizure and possible forfeiture of the property, either by mail or publication. As reflected by the record in this case, all persons and entities having interest in the Defendant Property have failed to appear, file a claim or answer, or otherwise defend the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States of America and against the Defendant Property. Furthermore, no person with standing is before the Court to object to the United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution are GRANTED;

2. The Defendant Property is hereby condemned and forfeited to the United States of America, and all right, title, claim and interest to the Defendant

Property by Camille Turner, her heirs, successors and assigns and all other persons and entities are vested in the United States of America;

3. Camille Turner, her heirs, successors and assigns and all other persons and entities are forever barred from asserting a claim against the Defendant Property;

4. The U.S. Secret Service or an authorized designee shall dispose of the Defendant Property according to law and regulatory procedures;

5. The U.S. Secret Service or an authorized designee shall pay from the Defendant Property all expenses of the Department of Justice and Department of Treasury related to the seizure and forfeiture of the Defendant Property;

6. The remaining portion of the Defendant Property shall be deposited by the U.S. Secret Service into the Asset Forfeiture Fund in accordance with 21 U.S.C. § 524(c) and

7. The Clerk is hereby directed to enter judgment pursuant Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture and Distribution.

SO ORDERED, this \_\_\_ day of July, 2015.

HON. LISA GODBEY WOOD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA