# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-234

CANON, ALL IN ONE PRINTER, MODEL: PIXIVA MX459, SN:LWYA49671; PAPER CUTTER, MODEL: P131631; 700 SHEETS OF RESUME PAPER; 55 PAGES OF WHITE SHIPPING LABELS; $915.00 IN COUNTERFEIT CURRENCY; and 5 SHEETS OF CONUNTERFEIT CURRENCY PAPER TEMPLATES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 16th day of July 2015, Judgment is hereby entered pursuant to Rule 58 of the Federal Rule of Civil Procedure upon the same terms and conditions as outlined in the Default Judgment and Final Order of Forfeiture and Distribution.

Approved by: _____

Date: July 22, 2015

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk

